| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br>Court Address:<br>1777 Sixth Street P.O. Box 4249, Boulder, CO, 80306-4249<br>**Plaintiff(s)** KARY BERRY<br>v.<br>**Defendant(s)** DOC POPCORN DEVELOPMENT INC et al. | DATE FILED: November 1, 2013 4:25 PM<br>CASE NUMBER: 2013CV31507<br><br>△ **COURT USE ONLY** △<br><br>Case Number: 2013CV31507<br>Division: 2       Courtroom: |
| **Order: Defendants' Reply in Support of Their Motion for Extension of Time to Respond to Plaintiff's Complaint** | |

The motion/proposed order attached hereto: GRANTED.

Based ont he Court's understanding that Plaintiff does not object ot Plaintiff's Motion for Extension of Time, the Court hereby GRANTS Defendant's Motion for an Extension of Time to Respond to Plaintiff's Complaint. The extension is for 21 days, up to and including November 22, 2013.

Issue Date: 11/1/2013

*[signature]*

BRUCE LANGER
District Court Judge

| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, STATE OF COLORADO<br>Boulder Justice Center<br>1777 6th Street<br>Boulder, Colorado 80302 | |
| **Plaintiff:**<br>KARY BERRY, on behalf of herself and all other similarly situated persons<br><br>v.<br><br>**Defendants:**<br>DOC POPCORN DEVELOPMENT, INC., a Colorado corporation, and DOC POPCORN INTERNATIONAL, INC., a Colorado corporation. | ▲ COURT USE ONLY ▲<br><br>Case Number: 2013cv031507<br><br>Division: 2 |
| **Attorneys for Defendants**<br>Kevin P. Perez, #27441<br>Christopher P. Brown, #42402<br>KENNEDY CHILDS P.C.<br>633 17th Street, Suite 2200<br>Denver, Colorado 80202<br>303-825-2700  fax: 303-825-0434<br>kperez@kennedychilds.com<br>cbrown@kennedychilds.com | |
| **DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** | |

Defendants Doc Popcorn Development, Inc. and Doc Popcorn International, Inc. (collectively "Doc Popcorn"), through counsel, KENNEDY CHILDS P.C., reply as follows in support of their motion for a 21 day extension of time to respond to the complaint:

1. On October 30, 2013 Defendants moved for a 21 day extension of time to respond to the Complaint.

2. On November 1, 2013 Plaintiff filed a response to the motion.

3. Although Defendants disagree with much of the content and argument contained in Plaintiff's response, both parties agree that Plaintiff does not oppose a 21 day extension of time to respond to the Complaint.

WHEREFORE, Doc Popcorn respectfully requests that this Court GRANT its motion and order that Doc Popcorn has up to and including November 28, 2013 in which to respond to Plaintiff's Complaint.

Respectfully submitted this 1st day of November, 2013.

KENNEDY CHILDS P.C.

s/ Christopher P. Brown
Kevin P. Perez, # 27441
Christopher P. Brown, # 42402
*Attorneys for Defendants*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 1st day of November, 2013, a true and correct copy of the foregoing **DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** was filed and served via *ICCES* to the following:

Paul Grant
Thomas Goodreid
Goodreid Grant Kuhn LLC
143 Union Boulevard, Suite 550
Lakewood, Colorado 80228
pgrant@grantkuhnllc.com
*Attorneys for Plaintiff Kary Berry*

s/ Christopher P. Brown

*This document will be maintained in accordance with C.R.C.P. 121 § 1-26(7).*