| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br>Court Address:<br>1777 Sixth Street P.O. Box 4249, Boulder, CO, 80306-4249<br>**Plaintiff(s)** KARY BERRY<br>v.<br>**Defendant(s)** DOC POPCORN DEVELOPMENT INC et al. | DATE FILED: November 6, 2013 4:09 PM<br>CASE NUMBER: 2013CV31507<br><br>△ **COURT USE ONLY** △<br>Case Number: 2013CV31507<br>Division: 2    Courtroom: |
| **Order: Order to Defendants' Motion to Clarify the Court's November 1, 2013 Order** | |

The motion/proposed order attached hereto: SO ORDERED.

Issue Date: 11/6/2013

*/s/ Bruce Langer/*

BRUCE LANGER
District Court Judge

| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, STATE OF COLORADO<br>Boulder Justice Center<br>1777 6th Street<br>Boulder, Colorado 80302 | |
| **Plaintiff:**<br>KARY BERRY, on behalf of herself and all other similarly situated persons<br><br>v.<br><br>**Defendants:**<br>DOC POPCORN DEVELOPMENT, INC., a Colorado corporation, and DOC POPCORN INTERNATIONAL, INC., a Colorado corporation. | ▲ COURT USE ONLY ▲<br><br>Case Number: 2013cv031507<br><br>Division: 2 |
| **ORDER RE: DEFENDANTS' MOTION TO CLARIFY THE COURT'S NOVEMBER 1, 2013 ORDER** | |

This matter comes before the Court on Defendants' motion to clarify the Court's November 1, 2013 Order. The Court, having reviewed the motion, and being otherwise apprised in its premises, hereby GRANTS the motion.

IT IS FURTHER ORDERED that Defendants shall have up to and including November 28, 2013 to answer or otherwise respond to Plaintiff's Complaint.

DATED this _____ day of November, 2013.

BY THE COURT:

_____
DISTRICT COURT JUDGE

*Attachment to Order 2013CV031507*