IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03114-REB-MJW

KARY BERRY, on behalf of herself and all other similarly situated persons,

Plaintiff(s),

v.

DOC POPCORN DEVELOPMENT, INC., a Colorado corporation, and
DOC POPCORN INTERNATIONAL, INC., a Colorado corporation,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Unopposed Motion to Appear by Telephone at the Scheduling Conference (Docket No. 22) is granted.  Mr. Beilfuss may appear by telephone for the February 3, 2014, Scheduling Conference by calling the court at 11:00 am. Mountain Time at (303) 844-2403.

Date: January 31, 2014