IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03114-REB-MJW

KARY BERRY, on behalf of herself and all other similarly situated persons,

Plaintiff(s),

v.

DOC POPCORN DEVELOPMENT, INC., a Colorado corporation, and
DOC POPCORN INTERNATIONAL, INC., a Colorado corporation,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion for Withdrawal of Motion to Stay Discovery and To Quash Depostion [sic] Notices [Doc. No. 34] (Docket No. 40) is granted.  Accordingly, the Defendants' Notice of Motion and Motion to Stay Discovery and Quash Depostion [sic] Notices Pending Decision on Pending Motion to Dismiss (Docket No. 34) is withdrawn without prejudice.

Date: May 6, 2014